No. 76. J. A. HUGHES, PLAINTIFF IN ERROR, *v.* THE COLLIN COUNTY NATIONAL BANK. In error to the Circuit Court of the United States for the District of Colorado. January 7, 1910. Dismissed with costs, pursuant to the tenth rule. *Mr. Clayton C. Dorsey* and *Mr. William D. Hodges* for plaintiff in error. No appearance for defendant in error.

---

No. 175. CUDAHY PACKING COMPANY, PLAINTIFF IN ERROR, *v.* THE STATE OF MINNESOTA. In error to the Supreme Court of the State of Minnesota. January 18, 1910. Dismissed, per stipulation. *Mr. Moritz Heim* for plaintiff in error. *Mr. E. T. Young, Mr. George W. Peterson* and *Mr. Al J. Smith* for defendant in error.

---

No. 507. WOODWARD CARRIAGE COMPANY ET AL., APPELLANTS, *v.* PITTS LIVERY COMPANY ET AL. Appeal from the District Court of the United States for the Western District of Texas. January 19, 1910. Dismissed with costs, on motion of counsel for appellants. *Mr. T. D. Cobbs* for appellants. No appearance for appellees.

---

No. 338. THE UNITED STATES, PLAINTIFF IN ERROR, *v.* CHARLES S. SARGENT. In error to the United States Circuit Court of Appeals for the Eighth Circuit. January 24, 1910. Dismissed on motion of *Mr. Solicitor General Bowers* for plaintiff in error. *The Attorney General* and *The Solicitor General* for plaintiff in error. *Mr. Luther C. Harris* for defendant in error.

---

No. 750. FRED ANDERSON, PLAINTIFF IN ERROR, *v.* THE